VAN–115 Order Directing Debtor to Pay Filing Fees – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Haleeshia Yvette Bynum
105 Center Street
Tarboro, NC 27886

CASE NO.: 22–02366–5–JNC

DATE FILED: October 17, 2022

CHAPTER: 13

ORDER DIRECTING DEBTOR TO PAY FILING FEES

An order dismissing this case has been entered. At the time of entry of the order of dismissal, the bankruptcy petition filing fee had not been paid. Although the case has been dismissed, the filing fee is still due and owing. Accordingly,

IT IS ORDERED that the debtor(s), immediately pay the bankruptcy petition filing fee in the amount of $313.00. The court will not entertain a motion for reconsideration of the order of dismissal unless all unpaid fees are paid at the time the motion is made.

It is further ordered that if the debtor(s) fail to pay the remaining filing fee due within 10 days of the entry of this order, the United States Treasury shall begin collection procedures immediately thereafter.

DATED: December 2, 2022

Joseph N. Callaway
United States Bankruptcy Judge